UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-14013-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

      Plaintiff,

vs.

STEPHEN ARTHUR GALAS,

      Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on March 9, 2011. A Report and Recommendation was filed on March 24, 2011, (D.E.#19), recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to the sole count of the Information which charges the Defendant with conspiracy to transfer unregistered machine guns, as defined under Title 26, United States Code, Sections 5845(a)(6) and 5845(b), in violation of Title 18, United States Code, Section 371, and Title 26, United States Code, Section 5861(e).

**DONE AND ORDERED** in Chambers at Miami, Florida, this _15_ day of April, 2011.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office